872

No. 99–76.   BERG v. NORAND CORP.   C. A. 8th Cir.   Certiorari denied.

No. 99–78.   FISHING VESSEL OWNERS & MARINE WAYS, INC. v. BANK OF AMERICA NT&SA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 99–79.   REEDER v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 99–82.   VARDANEGA v. UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 99–83.   MEDINA v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 99–84.   DESSELLE, CO-EXECUTOR FOR THE ESTATE OF MC-NAIL, DECEASED v. EIDSON.   Ct. App. Kan.   Certiorari denied.

No. 99–85.   WILSON v. HART, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF ILLINOIS.   C. A. 7th Cir.   Certiorari denied.

No. 99–87.   CONSTRUCTORA LLUCH, INC., ET AL. v. PUERTO RICO AQUEDUCT AND SEWER AUTHORITY.   C. A. 1st Cir.   Certiorari denied.

No. 99–88.   BISCHOFF v. BISCHOFF.   Ct. App. Ky.   Certiorari denied.

No. 99–90.   BOCALBOS v. NATIONAL WESTERN LIFE INSURANCE CO.   C. A. 5th Cir.   Certiorari denied.

No. 99–91.   DEMPSTER v. WASTE MANAGEMENT, INC., T/A WASTE MANAGEMENT OF PITTSBURGH.   Super. Ct. Pa.   Certiorari denied.

No. 99–93.   HILL v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 99–94.   ZVI ET AL. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.